In the Matter of SLS RESIDENTIAL, INC., et al., Appellants-Respondents, v NEW YORK STATE OFFICE OF MENTAL HEALTH et al., Respondents-Appellants.

Submitted April 12, 2010; decided June 8, 2010

Motion to seal dismissed as unnecessary in view of Supreme Court's April 13, 2010 sealing order (Rules of Ct of Appeals [22 NYCRR] § 500.5 [b]).

In the Matter of TROY SS., Respondent, v JUDY UU., Appellant. (And Two Other Related Proceedings.)

Submitted April 26, 2010; decided June 8, 2010

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Family Court's order denying appellant's motion to vacate a prior order of that court, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of TYRONE WALKER, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Submitted April 19, 2010; decided June 8, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.

MARGARITA WALTER, Appellant, v JOHN WALTER, Respondent.

Submitted April 5, 2010; decided June 8, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.